O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| METROPOLITAN BUSINESS MANAGEMENT, INC., a California corporation; and JOHN KHAKI, an individual,<br><br>    Plaintiffs,<br><br>    v.<br><br>ALLSTATE INSURANCE COMPANY, an Illinois corporation; and DOES 1 through 10, inclusive,<br><br>    Defendants.<br>_____ | Case No. CV05-8306 CAS (CWX)<br><br>**JUDGMENT** |

    The first count (Breach of Contract) and second count (Breach of the Covenant of Good Faith and Fair Dealing) of the Complaint, excluding the claims for punitive damages and *Brandt* attorneys' fees, were duly tried to the jury, commencing on June 30, 2009, with the Honorable Christina A. Snyder presiding.

    On July 9, 2009, according to the instructions given to the jury and the Special Verdict form submitted to the jury, the jury returned its Special Verdict and answered

1
[PROPOSED] JUDGMENT

the factual questions submitted to it as follows:

QUESTION NO. 1

Did Allstate Insurance Company withhold any policy benefits owed to plaintiffs under the Allstate policy?

Check one:

__X__   Yes

_____   No

QUESTION NO. 2

State the amount of damages, if any, caused by Allstate's withholding of any policy benefits owed to the plaintiffs under the Allstate policy.

$387,153.43

QUESTION NO. 3

Was Allstate's withholding of policy benefits unreasonable?

Check one:

__X__   Yes

_____   No

QUESTION NO. 4

As a result of Allstate's conduct which you found unreasonable, did the plaintiffs suffer any economic damages?

/ / /

Check one:

\_\_X\_\_  Yes

\_\_\_\_\_  No

QUESTION NO. 5

If your answer to Question No. 4 was "yes," state the amount of economic damages you find was suffered by plaintiffs:

$387,153.43

QUESTION NO. 6

As a result of Allstate's conduct which you found unreasonable, did Plaintiff John Khaki suffer any non-economic damages?

Check one:

\_\_X\_\_  Yes

\_\_\_\_\_  No

QUESTION NO. 7

If your answer to Question No. 6 was "yes," state the amount of non-economic damages you find was suffered by Plaintiff John Khaki:

$612,846.57

QUESTION NO. 8

Do you find that Allstate's conduct was malicious, oppressive or in reckless disregard of plaintiffs' rights?

Check one:

__X__ Yes

_____ No

QUESTION NO. 9

Was the conduct constituting malice, oppression, or fraud committed by one or more officers, directors, or managing agents of Allstate acting on behalf of Allstate?

Check one:

__X__ Yes

_____ No

Following the return of the jury's Special Verdict on July 9, 2009, the third count of the Complaint seeking Declaratory Relief and the issue of punitive damages were decided by the Court by stipulation of the parties' counsel on the evidence before the Court.

In accordance with the Special Verdict returned by the jury and for the reasons set forth in the Court's (i) Order Denying Defendant's Motion for Judgment as a Matter of Law, (ii) Order Granting Plaintiffs' Request for Punitive Damages and (iii) Order on Plaintiffs' Application for Attorneys' Fees and Prejudgment Interest, IT IS ORDERED, ADJUDGED AND DECREED that judgment is granted to Plaintiffs as follows:

1. Defendant Allstate Insurance Company had a duty to, and unreasonably failed to, defend Plaintiffs Metropolitan Business Management, Inc. and John Khaki in that certain lawsuit in the Los Angeles Superior Court entitled *Elliot D. Felman, et al. v. MBM, etc., et al.*, Los Angeles Superior Court Case No. SC066724;

2. Plaintiffs Metropolitan Business Management, Inc. and John Khaki recover the sum of $387,153.43 from Defendant Allstate Insurance Company for the policy benefits Defendant Allstate Insurance Company unreasonably failed to pay to Plaintiffs;

3. Plaintiff John Khaki recovers the sum of $612,846.57 from Defendant Allstate Insurance Company for non-economic damages;

4. Plaintiffs Metropolitan Business Management, Inc. and John Khaki recover the sum of $3,000,000 from Defendant Allstate Insurance Company as punitive damages;

5. Plaintiffs Metropolitan Business Management, Inc. and John Khaki recover prejudgment interest from Allstate Insurance Company on the amount set forth in Paragraph 2 of this Judgment in the sum of $151, 901.81;

6. Plaintiffs Metropolitan Business Management, Inc. and John Khaki recover from Defendant Allstate Insurance Company their costs of suit, to be determined by the Clerk and as permitted by Federal Rule of Civil Procedure 68(d);

/ / /

7. The judgment will bear interest at the statutory rate until the judgment is fully paid; and

8. All relief not expressly granted by this judgment is hereby denied.

Dated: August 31, 2009

_____
CHRISTINA A. SNYDER
United States District Judge

Pursuant to Local Rule 58-7, Plaintiffs submit this Memorandum regarding the amount of interest to be inserted into Paragraph 5 of the Proposed Judgment.

In accordance with the Court's Order on Plaintiffs' Application for Attorneys' Fees and Prejudgment Interest dated August 13, 2009 [Document 152], the amount of the prejudgment interest as of July 9, 2009 is $146,289.15 and shall increase at the rate of $106.069 per day until the judgment is entered.  Based on these calculations, the amount of the prejudgment interest for each of the days set forth below is:

| **Date Judgment Entered** | **Prejudgment Interest** |
| --- | --- |
| August 24, 2009 [$146,289.15 + $4,879.17] | $151,168.32 |
| August 25, 2009 [$146,289.15 + $4,985.24] | $151,274.39 |
| August 26, 2009 [$146,289.15 + $5,091.31] | $151,380.46 |
| August 27, 2009 [$146,289.15 + $5,197.38] | $151,486.53 |
| August 28, 2009 [$146,289.15 + $5,303.45] | $151,592.60 |
| August 31, 2009 [$146,289.15 + $5,621.66] | $151,901.81 |
| September 1, 2009 [$146,289.15 + $5,727.73] | $152,016.88 |
| September 2, 2009 [$146,289.15 + $5,833.80] | $152,122.95 |
| September 3, 2009 [$146,289.15 + $5,939.86] | $152,229.01 |
| September 4, 2009 [$146,289.15 + $6,045.93] | $152,335.08 |